

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00130-CR

CRAIG RUDY REYNOLDS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 220th District Court
Bosque County, Texas
Trial Court No. CR 14998

Before Morriss, C.J., Moseley and Burgess, JJ.

## O R D E R

Craig Rudy Reynolds appeals from his conviction of failure to comply with sex-offender registration requirements. The clerk's record in this matter was filed July 16, 2015, and the reporter's record was filed September 14, making Reynolds' appellate brief originally due October 14. This deadline was extended once by this Court on the motion of Reynolds' appellate counsel, Brittany L. Lannen, resulting in a due date of November 13, 2015. Lannen filed a second motion seeking an additional extension of the briefing deadline, resulting in the most recent due date of December 4, 2015. We advised Lannen when we granted the second extension that no more extensions would be granted absent extraordinary circumstances.

Despite the fact that our clerk's office has contacted Lannen by telephone and by email on more than one occasion following the December 4 due date, Lannen has not filed a brief on behalf of Reynolds. Reynolds' brief is now two weeks past due, and Lannen has not filed another motion for an extension of time in which to file the brief.

Consequently, we order Lannen to file Reynolds' appellate brief with this Court on or before Monday, January 11, 2016.

IT IS SO ORDERED.

BY THE COURT

Date: December 28, 2015